| | |
|---|---|
| Name | Earon Drevon Davis |
| Street Address | 1098 Woodcreek Oaks Blvd #1605 |
| City and County | ROSEVILLE  PLACER |
| State and Zip Code | CA 95747 |
| Telephone Number | (916)5968834 |

**FILED**

JAN 31 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

EARON DREVON DAVIS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

HERITAGE PARKS APARTMENT LP

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**   (PS)

Case No. 2:23-CV-0192-KJM-KJN

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
                *(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | EARON DREVON DAVIS |
| Street Address | 1098 Woodcreek Oak blvd #1605 |
| City and County | Roseville    Placer |
| State and Zip Code | CALIFORNIA 95747 |
| Telephone Number | (916)-596-8834 |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HERITAGE PARKS APARTMENTS |
| Job or Title (if known) | |
| Street Address | 1801 I STREET STE 200 |
| City and County | SACRAMENTO SACRAMENTO COUNTY |
| State and Zip Code | CA 95811 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

2

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Contract Clause of the Unitad States Constitution (Article I, Section 10, Clause 1), which prohibits states from passing any law impairing the obligation of contracts.

The Uniform Commercial Code (UCC) 3-104, which provides a legal framework for commercial transactions involving bills of exchange, including the acceptance and negotiation of such instruments.

Title 15, Section 1692 of the United States Code, which governs the collection of debts by debt collectors and places certain restrictions on the actions that they can take.

Title 18, Section 875 of the United States Code, which criminalizes the use of interstate communications to threaten to inflict bodily harm.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, EARON DREVON DAVIS, state the following under oath: I am the PLANTIFF in the case of involving the defendant, Heritage Parks Apartments.

I received no communication or indication from Heritage Parks Apartments regarding a resolution to the case.

I was threatened and intimidated by the defendant, Heritage Parks Apartments, with the possibility of furnishing my account and suing me.

In an effort to satisfy the debt, I offered a bill of exchange as payment, but I did not receive a response regarding whether it would be accepted or not.

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking 150,000 of damages which include emotional distress, descrimination, threats and intimidation

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-31, 20 23

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Earon Davis

6

**PRIVATE**

**THIS IS NOT A PUBLIC COMMUNICATION**
**Refusal is discharge**
Without prejudice UCC 1-308/ 1-207
Notice to Agent is Notice to principle
Notice to principle is Notice to Agent
Applications to all successors and assigns

EARON DREVON DAVIS, sui juris
1098 WOODCREEK OAKS BLVD #1605
Roseville, CA 95747

**Refusal is discharge**

Pass-Through Account#: 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
Collateral/Bill#:
Pay to: UNITED STATES TREASURY
Credit to: HERITAGE OAKS APARTMENT
Value of Bill: $16,500.00

CERTIFIED MAIL # 7022 2410 0002 2807 0210

1. Federal Reserve notes are obligations and have no redeemable value in gold or silver coin, wherefore the amount of tender or obligation is always zero. **See -U.S. Constitution, 1789, Article 1, Section 10. "No state shall ...make anything but gold and silver coin a tender in payment of debts"**... Wherefore there can be no payment of the debt. Only discharge of debt.

2. A bill of exchange fulfills the legal definition of a negotiable instrument (currency) and also per **Uniform Commercial Code (UCC) 3-104** and legally discharges any alleged debt. This is merely a "promise to pay" and not a sight draft, forged document, bogus instrument, etc. ... **Once tendered, the debt is discharged. Period.**

3. Refusal to accept is the discharge of debt. See **UCC'§ 3-603. TENDER OF PAYMENT.(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.**

4. A "Bill of exchange" will be monetized/discounted by the Federal Reserve for any of its member banks or any individual, partnership, or corporation. See **USC TITLE 12 > CHAPTER 3 > SUBCHAPTER IX > § 343• Upon the endorsement of any of its member banks, which shall be deemed a waiver of demand, notice and protest by such bank as to its own indorsement exclusively, any Federal reserve bank may discount notes, drafts, and bills of exchange arising out of actual commercial transactions; that is, notes, drafts, and bills of exchange issued or drawn for agricultural, industrial, or commercial purposes, or the proceeds of which have been used, or are to be used, for such purposes, the Board of Governors of the Federal Reserve System to have the right to determine or define the character of the paper thus eligible for the discount, within the meaning of this chapter.**

**PRIVATE**

Nothing in this chapter contained shall be construed to prohibit such notes, drafts, and bills of exchange, secured by staple agricultural products, or other goods, wares, or merchandise from being eligible for such discount, and the notes, drafts, and bills of exchange of factors issued as such making advances exclusively to producers of staple agricultural products in their raw state shall be eligible for such discount; but such definition shall not include notes, drafts, or bills covering merely investments or issued or drawn for the purpose of carrying or trading in stocks, bonds, or other investment securities, except bonds and notes of the Government of the United States. Notes, drafts, and bills admitted to discount under the terms of this paragraph must have a maturity at the time of discount of not more than ninety days, exclusive of grace. In unusual and exigent circumstances, the Board of Governors of the Federal Reserve System, by the affirmative vote of not less than five members, may authorize any

Federal reserve bank, during such periods as the said board, may determine, at rates established in accordance with the provisions of section 357 of this title, to discount for any individual, partnership, or corporation, notes, drafts, and bills of exchange when such notes, drafts, and bills of exchange are endorsed or otherwise secured to the satisfaction of the Federal reserve bank: Provided, That before discounting any such note, draft, or bill of exchange for an individual or a partnership or corporation the Federal reserve bank shall obtain evidence that such individual, partnership, or corporation is unable to secure adequate credit accommodations from other banking institutions. All such discounts for individuals, partnerships, or corporations shall be subject to such limitations, restrictions, and regulations as the Board of Governors of the Federal Reserve System may prescribe.

By: EARON DREVON DAVIS, sui juris
Non-resident agent, Without the US
All Rights Reserved; UCC 1-308/ 1-207

---

AFFIDAVIT

Signature: _Eauon_

Date: 1/13/2023

SEE ATTACHED NOTORIAL CERTIFICATE

Notary Signature: _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Placer

Subscribed and sworn to (or affirmed) before me on this 13 day of January, 2023, by Earon Davis  proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LANITA CHRISTIAN
COMM. # 2291380
NOTARY PUBLIC-CALIFORNIA
PLACER COUNTY
MY COMM. EXP. JUNE 3, 2023

(Seal)                    Signature Lanita Christian

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$
Total Postage and Fees
$

Sent To Krista Lister
Street and Apt. No., or PO Box No. 2300 Clayton Road Suite 1350
City, State, ZIP+4® Concord CA 94520

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 2410 0002 2807 0210

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Krista Lister
2300 Clayton Road
Suite 1350
Concord CA 94520

9590 9402 6737 1060 1327 69

2. Article Number *(Transfer from service label)*
7022 2410 0002 2807 0210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 6737 1060 1327 69

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Earon Davis
1098 Woodcreek Oaks blvd
#1605 Roseville CA 95747